**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

JENNIFER BURTULA,                          :
                                           :
                    Plaintiff,             :
                                           :
v.                                         :         CIVIL NO. 3:11-CV-1844 - CSH
                                           :
UNITED SCENIC ARTISTS,                     :
LOCAL USA - 829, et al.,                   :
                                           :
                    Defendants.            :
_____          :

JENNIFER BURTULA,                          :
                                           :
                                           :         CIVIL NO. 3:12-CV-1758 - CSH
                    Plaintiff,             :
                                           :
v.                                         :         JUNE 16, 2014
                                           :
AWTY PRODUCTIONS LLC,                      :
                                           :
                    Defendant.             :
_____          :

**<u>ORDER</u>**

**HAIGHT, Senior District Judge:**

Pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, the two captioned cases are hereby consolidated for all purposes.  Future filings will be in the case bearing docket number 3:11-cv-1844 - CSH.

The Court will hear oral arguments on Defendant Local 829's motion for summary judgment [Doc. 31 in Case No. 3:11-cv-1844] and on Defendant A.W.T.Y. Productions' motion for summary judgment [Doc. 36 in same case] on June 25, 2014, at 2:00 p.m., in the 17th Floor

Courtroom, 157 Church Street, New Haven, CT.  Counsel for A.W.T.Y. will be heard first; then

counsel for Local 829; then counsel for Plaintiff; with rights of reply for the moving parties.

It is SO ORDERED.

Dated:  New Haven, Connecticut
June 16, 2014

/s/Charles S. Haight, Jr.
CHARLES S. HAIGHT, JR.
Senior United States District Judge